IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MANNING,<br><br>               Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>               Defendant. | CASE NO. 1:21-cv-00071-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER |

      Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 7 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: July 20, 2021                         Respectfully submitted,

                                                      PHILLIP A. TALBERT<br>
                                                      Acting United States Attorney

                                                      */s/ Benjamin E. Hall*<br>
                                                      BENJAMIN E. HALL<br>
                                                      Assistant U.S. Attorney

      **IT IS SO ORDERED.**

Dated:  **July 20, 2021**           **/s/ Gary S. Austin**<br>
                                          UNITED STATES MAGISTRATE JUDGE